■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAJEEV KUMAR, Appellant. [988 NYS2d 85]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Renee A. White, J.), rendered on or about June 28, 2011, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Mazzarelli, J.P., Acosta, Freedman, Richter and Clark, JJ.